IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MICKIANGELO BERRY, III,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFREY L. BAKER, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-06-0343-FCD-CMK-P<br><br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1), filed on February 17, 2006. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

      The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate.

1  A review of the docket reflects that plaintiff has paid the full filing fee for this
2 action and is not proceeding in forma pauperis.  The docket also reflects that plaintiff served the
3 complaint on all three named defendants on April 3, 2006.  Because the complaint has been
4 deemed appropriate for service, and because defendants have been served, they will now be
5 required to file a response to the complaint.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1. Defendants, who appear to have been properly served, shall file a response
8 to the complaint within 30 days of the date of this order; and
9  2. The Clerk of the Court is directed to serve a copy of this order on the
10 Supervising Deputy Attorney General, Correctional Law Section, California Attorney General's
11 Office.

13 DATED:  May 22, 2006.

15 _____
 CRAIG M. KELLISON
16 UNITED STATES MAGISTRATE JUDGE