IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WAYMON MICKIANGELO BERRY III,**<br><br>                                Plaintiff,<br><br>v.<br><br>**JEFFREY L. BAKER, et al.,**<br><br>                                Defendants. | Case No. 2:06-cv-0343-FCD-CMK-P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

   The Court, having considered Defendant's request for an extension of time to file a responsive pleading, and good cause having been found.

   IT IS HEREBY ORDERED:  The deadline for Defendants to file a responsive pleading is extended to July 27, 2006.

June 21, 2006

                    /s/   **CRAIG M. KELLISON**
                    Craig M. Kellison
                    UNITED STATES MAGISTRATE JUDGE