1
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYMON MICKIANGELO BERRY III,**<br><br>                                              Plaintiff,<br><br>v.<br><br>**JEFFREY L. BAKER, et al.,**<br><br>                                              Defendants. | Case No. 2:06-cv-0343-FCD-CMK-P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

The Court, having considered Defendants' request for an extension of time to respond to Plaintiff's discovery requests, and good cause having been found.

IT IS HEREBY ORDERED:  Defendants' responses to Plaintiff's request for production of documents; request for admissions from Defendants Baker, Campbell and Robinson; and interrogatories from Baker, Campbell and Robinson shall be filed on or before October 31, 2006.

September 25, 2006

                              /s/    **CRAIG M. KELLISON**
                              Craig M. Kellison
                              UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS
1