IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WAYMON MICKIANGELO BERRY III,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JEFFREY L. BAKER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:06-cv-0343-FCD-CMK P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　The Court, having considered Defendants' request for an extension of time to file a motion for summary judgment and good cause having been found,

　　　　IT IS HEREBY ORDERED:  The deadline for both parties to file dispositive motions will be March 5, 2007.

DATED:   January 17, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1