IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WAYMON MICKIANGELO BERRY III,** | 2:06-cv-0343-FCD-CMK P |
| Plaintiff, | **ORDER VACATING PRETRIAL DATES** |
| v. | |
| **JEFFREY L. BAKER, et al.,** | |
| Defendants. | |

The Court has considered Defendants' motion to vacate pretrial dates and good cause appearing,

IT IS ORDERED that the pretrial dates shall be vacated pending a decision on Defendants' motion for summary judgment, and these dates shall be rescheduled, if necessary, after a decision is made on this motion.

DATED: April 12, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1